```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ROBERT SANDERS,                                                   :
                                                                  :
                       Plaintiff,                                 :
                                                                  :      19-cv-5525 (LJL)
       -v-                                                        :
                                                                  :      ORDER
OFFICERS PETER SIMONOVIC, JOSE CINTRON and                        :
SERGEANT RICHARD JOHNSON,                                         :
                                                                  :
                       Defendants.                                :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2020

LEWIS J. LIMAN, United States District Judge:

On March 26, 2020, the New York City Law Department submitted a letter motion on behalf of Defendants Petar Simonovic and Jose Cintron to request an extension of time to answer or otherwise respond to the Complaint until June 1, 2020. Dkt. No. 28. The New York City Law Department also requested that the Court extend Defendant Richard Johnson's time to respond to the same date of June 1, 2020. The Court granted these requests the next day. Dkt. No. 29.

The Court will mail a copy of the letter motion and this order to Plaintiff.

Dated: March 30, 2020                            _____
       New York, New York                                   LEWIS J. LIMAN
                                                         United States District Judge