```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ROBERT SANDERS,                                                    :
                                                                   :
                          Plaintiff,                               :
                                                                   :      19-cv-5525 (LJL)
        -v-                                                        :
                                                                   :      ORDER
DETECTIVE PETAR SIMONOVIC, OFFICER JOSE                            :
CINTRON and SERGEANT RICHARD JOHNSON,                              :
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/6/2020__

LEWIS J. LIMAN, United States District Judge:

Defendants filed a motion to dismiss on June 8, 2020. Dkt. Nos. 35-38. The Court issued an order on June 12, 2020 setting a briefing schedule whereby opposition and reply briefs would be due on July 9 and July 23, 2020, respectively. Dkt. No. 39.

On June 30, 2020, Plaintiff filed a letter indicating he had not received a copy of Defendants' moving papers, and he requested an extension of time. Dkt. No. 40. Defendants respond that they mailed such papers, but nonetheless will resend the papers and consent to an extension of time. Dkt. No. 41.

It is hereby ORDERED that Defendants will mail their motion to dismiss and accompanying materials to Plaintiff by July 10, 2020. Plaintiff will submit his opposition brief by August 28, 2020, and Defendants will file their reply brief by September 18, 2020.

The Court respectfully directs Defendants to include this Order with their mailing to Plaintiff.

SO ORDERED.

Dated: July 6, 2020                         _____
       New York, New York                            LEWIS J. LIMAN
                                                  United States District Judge