```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ROBERT SANDERS,                                                   :
                                                                  :
                           Plaintiff,                             :
                                                                  :        19-cv-5525 (LJL)
         -v-                                                      :
                                                                  :             ORDER
DETECTIVE PETAR SIMONOVIC, OFFICER JOSE                           :
CINTRON, and SERGEANT RICHARD JOHNSON,                            :
                                                                  :
                           Defendants.                            :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The U.S. Marshals Service attempted to effect service on Defendant Johnson on the second address provided for him by the New York City Law Department, but Johnson was reported as no longer working at that location. Dkt. No. 47; *see also* Dkt. Nos. 18, 20, 24. The process server wrote that Johnson's new location was reported to be at "Floyd Bennett Field." Dkt. No. 47.

It is hereby ORDERED that, no later than February 1, 2021, the New York City Law Department shall provide an address where Defendant Johnson can be served, or alternatively, accept service on his behalf.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: January 25, 2021
       New York, New York                          _____
                                                           LEWIS J. LIMAN
                                                   United States District Judge