**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT SANDERS,

                          Plaintiff,

    -against-                                                  19 **CIVIL** 5525 (LJL)

                                                                **<u>JUDGMENT</u>**

RICHARD JOHNSON,

                         Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 11, 2021, Defendant Johnson's motion to dismiss is GRANTED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       October 12, 2021

                                                               **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                           **BY:**          *K. Mango*

                                                                    **Deputy Clerk**